| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 2:07-CR-0346 GEB |
| v. | ) | |
| | ) | |
| MARTIN EDUARDO RAMIREZ CONTRERAS | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:     MARTIN EDUARDO RAMIREZ CONTRERAS
Detained at (custodian):     **FOLSOM STATE PRISON**

Detainee is:
a.) (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
    charging detainee with: Being a Deported Alien Found in the United States
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:     /s/ Kyle F. Reardon
Printed Name & Phone No:     KYLE F. REARDON/916-554-2782
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/15/07

United States ~~District~~/Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Martin Ramirez-Contreras, Martin Contreras-Ramirez, Martin Eduardo Contreras, Martin Ramirez, Martin Eduardo Ramirez | Male ___ Female ___ |
| Booking or CDC #: | V94519 | DOB: |
| Facility Address: | 300 Prison Road | Race: |
| | Represa, CA 95670 | FBI #: 13656WA5 |
| Facility Phone: | 916-985-2561 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____ By: _____
                                         (Signature)