1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARTIN EDUARDO RAMIREZ CONTRERAS

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA,       ) NO. CR-S-07-346 GEB
                                     )
13 |              Plaintiff,         )
                                     ) STIPULATION AND [PROPOSED] ORDER
14 |      v.                         ) CONTINUING STATUS CONFERENCE
                                     )
15 | MARTIN EDUARDO RAMIREZ          ) Date: November 2, 2007
     CONTRERAS,                      ) Time: 9:00 a.m.
16 |                                 ) Judge: Hon. Garland E. Burrell,
                 Defendant.          )        Jr.
17 |                                 )
   _____
18

19      It is hereby stipulated between the parties, Kyle Reardon,

20 Assistant United States Attorney, attorney for plaintiff, and Mary M.

21 French, Supervising Assistant Federal Defender, attorney for defendant

22 MARTIN EDUARDO RAMIREZ CONTRERAS, that the Status Conference hearing

23 date of September 28, 2007, is vacated and a new Status Conference

24 hearing date of November 2, 2007, at 9:00 a.m. is hereby set.

25      This continuance is requested because counsel for defendant is

26 still in the process of reviewing discovery and other on-going

27 investigation, and is also waiting for the Pre-Plea Pre-Sentence

28 Report.

1    It is further stipulated that the period from September 28, 2007,
2 through and including November 2, 2007, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:  September 27, 2007           Respectfully submitted,

6                                      DANIEL J. BRODERICK
                                       Federal Defender
7

8
                                        /s/ Mary M. French
9                                      MARY M. FRENCH
                                       Supervising Assistant
10                                     Federal Defender
                                       Attorney for Defendant
11                                     MARTIN EDUARDO RAMIREZ CONTRERAS

12
   Dated:  September 27, 2007          MCGREGOR W. SCOTT
13                                     United States Attorney

14
                                       /s/  Mary M. French for
15                                          Kyle Reardon

16                                     _____
                                       KYLE REARDON
                                       Assistant U.S. Attorney
17                                     per telephonic authorization

18

19
   IT IS SO ORDERED.
20
   September 27, 2007
21

22                                     _____
23                                     GARLAND E. BURRELL, JR.
                                       United States District Judge

24

25

26

27

28

Stipulation and Order              -2-