DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN EDUARDO RAMIREZ CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-346 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| MARTIN EDUARDO RAMIREZ ) | Date:  November 2, 2007 |
| CONTRERAS, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, |
| Defendant. ) | Jr. |
| ) | |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARTIN EDUARDO RAMIREZ CONTRERAS, that the Status Conference hearing date of September 28, 2007, is vacated and a new Status Conference hearing date of November 2, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of reviewing discovery and other on-going investigation, and is also waiting for the Pre-Plea Pre-Sentence Report.

1    It is further stipulated that the period from September 28, 2007,
2 through and including November 2, 2007, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:   September 27, 2007          Respectfully submitted,

6                                      DANIEL J. BRODERICK
                                       Federal Defender
7

8
                                         /s/ Mary M. French
9                                      MARY M. FRENCH
                                       Supervising Assistant
10                                     Federal Defender
                                       Attorney for Defendant
11                                     MARTIN EDUARDO RAMIREZ CONTRERAS

12
Dated:   September 27, 2007            MCGREGOR W. SCOTT
13                                     United States Attorney

14
                                       /s/   Mary M. French for
15                                           Kyle Reardon

16                                     _____
                                       KYLE REARDON
                                       Assistant U.S. Attorney
17                                     per telephonic authorization

18

19
IT IS SO ORDERED.
20
September 28, 2007
21

22
                                       _____
23                                     GARLAND E. BURRELL, JR.
                                       United States District Judge
24

25

26

27

28

Stipulation and Order                     -2-