```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN EDUARDO RAMIREZ CONTRERAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-346 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| MARTIN EDUARDO RAMIREZ ) | Date:  December 7, 2007 |
| CONTRERAS, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, |
| Defendant. ) |         Jr. |
| ) | |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARTIN EDUARDO RAMIREZ CONTRERAS, that the Status Conference hearing date of November 2, 2007, is vacated and a new Status Conference hearing date of December 7, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of reviewing discovery and conducting other on-going investigation and also needs additional time to review the Pre-Plea Pre-Sentence Report with defendant.

1     It is further stipulated that the period from November 2, 2007,
2  through and including December 7, 2007, should be excluded pursuant to
3  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4  counsel and defense preparation.

Dated:   November 1, 2007            Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                       /s/ Mary M. French
                                     MARY M. FRENCH
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     MARTIN EDUARDO RAMIREZ CONTRERAS


Dated:   November 1, 2007            MCGREGOR W. SCOTT
                                     United States Attorney


                                     /s/  Mary M. French for
                                          Kyle Reardon
                                     _____
                                     KYLE REARDON
                                     Assistant U.S. Attorney
                                     per telephonic authorization



IT IS SO ORDERED.

Dated:    November 7, 2007

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stipulation and Order                -2-